Eugene C. NICHOLAS, Petitioner–Appellant,

v.

Ronald J. ANGELONE, Director, Virginia Department of Corrections, Respondent–Appellee.

No. 01–7907.

United States Court of Appeals, Fourth Circuit.

Submitted July 26, 2002.

Decided Aug. 7, 2002.

Eugene C. Nicholas, Appellant Pro Se. Linwood Theodore Wells, Jr., Assistant Attorney General, Richmond, Virginia, for Appellee.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), is meritless.

**ON PETITION FOR REHEARING**

PER CURIAM:

Eugene C. Nicholas appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). Although we initially dismissed this appeal as untimely, we granted Nicholas' rehearing petition and have now considered the appeal on the merits. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Nicholas v. Angelone,* No. CA–00–493–2 (E.D.Va. Sept. 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*